**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Ole Savior and U.S. Public,            Civil No. 17-1417 (DWF/SER)

           Plaintiffs,

v.            **ORDER ADOPTING REPORT
AND RECOMMENDATION**

Donald John Trump,

           Defendant.

This matter is before the Court upon Plaintiff Ole Savior's ("Plaintiff") objections (Doc. No. 4) to Magistrate Judge Steven E. Rau's June 6, 2017 Report and Recommendation (Doc. No. 3) insofar as it recommends that Plaintiff's application for leave to proceed *in forma pauperis* be denied and this action be summarily dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference for purposes of Plaintiff's objections. In the Report and Recommendation, Magistrate Judge Rau explains that, even when construed liberally, Plaintiff's Complaint does not allege facts to support the claims advanced and, specifically, that Plaintiff fails to set forth a coherent factual narrative or state any actionable claim for relief. The Court has conducted a *de novo* review of the record, including a review of the arguments and submissions of counsel, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.2(b). The Court finds no reason that warrants a departure from the Magistrate Judge's recommendation. Based

upon the *de novo* review of the record and all of the arguments and submissions of the parties and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. Plaintiff Ole Savior's objections (Doc. No. [4]) to Magistrate Judge Steven E. Rau's Report and Recommendation are **OVERRULED**.

2. Magistrate Judge Steven E. Rau's June 6, 2017 Report and Recommendation (Doc. No. [3]) is **ADOPTED**.

3. Plaintiff's application for leave to proceed *in forma pauperis* (Doc. No. [2]) is **DENIED**.

4. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: August 4, 2017
                               s/Donovan W. Frank
                               DONOVAN W. FRANK
                               United States District Judge